UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID THAYNE SMITH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> R. GROUNDS, WARDEN, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 10-365 RSWL (AJW) <br><br> ORDER ADOPTING REPORT AND <br> RECOMMENDATION OF <br> MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and respondent's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: January 4, 2011

RONALD S.W. LEW
_____
Ronald S.W. Lew
United States District Judge