UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID THAYNE SMITH,** | ) Case No. CV 10-365-RSWL(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **R. GROUNDS, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to vacate the Governor's reversal of the Board's decision, reinstate the Board's decision granting parole, and release petitioner on parole within twenty-eight (28) days of the date of entry of judgment.

Dated: January 4, 2011

                                       RONALD S.W. LEW
                                       Ronald S.W. Lew
                                       United States District Judge